IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OMS INVESTMENTS, INC.,
a California corporation;
THE SCOTTS COMPANY LLC,
an Ohio limited liability company,

        Plaintiffs,

vs.

GAIL E. SMITH, a California citizen, individually and d/b/a/ "Hidden Creations"; DOES 1-10,

        Defendants.

        No. CIV S-10-1037 GEB EFB PS

ORDER

---

On September 30, 2010, the parties filed a joint request for an early settlement conference before the undersigned.[1] Dckt. No. 16. The joint request indicates that the parties "believe that an early settlement conference would help to resolve the case and therefore . . . request an early settlement conference to take place before Judge Brennan during the first week of November 2010 . . . ." *Id.*

In light of the parties' joint request, an early settlement conference is set before the undersigned on November 4, 2010 at 10:00 a.m. in Courtroom 24. On or before October 21,

---

[1] This action was referred to the undersigned under Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636. Dckt. No. 13.

1  2010, all parties must file a writing waiving disqualification of Judge Brennan as the assigned

2  magistrate judge in this action. *See* E.D. Cal. L.R. 270(b). Also, on or before October 28, 2010,

3  the parties are directed to submit settlement conference statements to the undersigned. Such

4  statements may be submitted in confidence pursuant to Local Rule 270(d).

5      Each party is directed to have a principal capable of disposition at the settlement

6  conference or to be fully authorized to settle the matter on any terms and at the settlement

7  conference.

8      IT IS SO ORDERED.

9  DATED: October 4, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2