IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMS INVESTMENTS, INC., a California corporation; and THE SCOTTS COMPANY LLC, an Ohio limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>GAIL E. SMITH, a California citizen, individually and dba "Hidden Creations," and Does 1-10,<br><br>    Defendants.<br>_____/ | No. CIV S-10-1037 GEB EFB<br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations of counsel and the parties at a Settlement Conference conducted in Chambers on December 9, 2010, the court has determined that the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than ten (10) days from the date of this order.

All hearing dates set in this matter are **VACATED.**

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2  <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4      IT IS SO ORDERED.
5      DATED: December 9, 2010.

               _____
               EDMUND F. BRENNAN
               UNITED STATES MAGISTRATE JUDGE